**IT IS SO ORDERED.**

**SIGNED THIS: July 24, 2012**

_____
**Mary P. Gorman
United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 12-70712 |
| RICHARD L. KNOWLES and TARA A. | ) CHAPTER 7 |
| KNOWLES, debtors. | ) |

**ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

The Court finding that a Motion for Relief from the Automatic Stay has been filed by Creditor, ATHENS STATE BANK, in the above matter; and

The Court having noted that Creditor Athens State Bank, has complied with applicable provisions of Fed. R. Bankr. P. 9013 & 4001(a)(1); and

The Court having determined that continuation of the automatic stay against Creditor, Athens State Bank, would deny it the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. Sec. 361(3);

IT IS HEREBY ORDERED: that the Motion for Relief from Automatic Stay as to Athens State Bank is hereby granted.

IT IS FURTHER ORDERED that the Automatic Stay as to Athens State Bank's lien

interest in 2004 Toyota Sienna Sport Van, VIN 5TDZA22C24S116875;  2000 Harley FXDL VIN HD1GDV1XYY317871 and 1994 Jeep Wrangler VIN 1J4FY29S4RP425819 is lifted and Athens State Bank is permitted to enforce is security interest and liquidate the property.

    IT IS FURTHER ORDERED, that the fourteen day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

###